**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe

Plaintiff,

v.

Case No.: 1:26−cv−10052
Honorable Martha M. Pacold

Citibank, N.A.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 18, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's motion to remand, [18]. Defendant is directed to file any response to the motion by 10/13/2026. Plaintiff to file any reply by 10/27/2026. The parties also filed a joint motion to stay briefing and consideration of defendant's motion to dismiss and to stay discovery pending resolution of plaintiff's motion to remand [19]. That motion jointly requests that the court (a) stay, vacate, or suspend the briefing schedule and consideration of Citibank's pending Motion to Dismiss until Plaintiff's Motion to Remand is resolved; and (b) stay, vacate or suspend the September 23, 2026 deadline to submit a proposed fact−discovery schedule or joint motion to stay discovery. The motion [19] is granted. As to the motion to dismiss [9], that motion [9] and the briefing schedule previously set [12] are stricken without prejudice to defendant refiling the motion after disposition of the motion to remand and without prejudice to any arguments the parties may raise with respect to either motion; this is in no way a ruling on the merits of the parties' arguments but is purely for docket clarity, organization, and scheduling. All discovery−related deadlines, including the 9/23/26 deadline to submit a proposed fact−discovery schedule or joint motion to stay discovery, are stayed pending resolution of the motion to remand [19]. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.